1  **PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
2  *A Professional Corporation*

3  3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
4  Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
5  TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
6  seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
7  Attorneys for Plaintiffs

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Derlin Hunter, a single man; Damian Ramirez, a single man,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>1st Choice Recycling, LLC, an Arizona limited liability company; Jeffrey Dawkins and Jane Doe Dawkins, husband and wife; Joseph Hidalgo and Jane Doe Hidalgo, husband and wife,<br><br>　　　　　　Defendants. | Case No.:  CV-14-00356-PHX-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

   A notice of bankruptcy having been filed, and the automatic stay in place, Plaintiffs give notice that they are voluntary dismissing this matter pursuant to Rule 41(a)(1)(a), Fed. R. Civ. P.

Dated: November 4, 2014         Respectfully submitted,

**PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC**

By  /s/Sean C. Davis
    Sean C. Davis

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2014, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

None

I further certify that on November 4, 2014, I served a copy of the attached document by first class mail, postage prepaid, upon:

Randy Nussbaum
NUSSBAUM, GILLIS & DINNER, P.C.
14850 N Scottsdale Rd Ste 450
Scottsdale, AZ 85254
*Bankruptcy Attorney for Defendant Jeffrey Dawkins (no appearance)*

Ian Wyer
LORONA MEAD PLC
2111 E Highland Ave Ste 431
Phoenix, AZ 85016
*Attorney for Defendants Hidalgo (no appearance)*

By: /s/Ron Foltz
    Ron Foltz
    Legal Case Manager (Non Attorney)
    for Sean C. Davis